UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW MAULE,

       Plaintiff,

v.                               Case No. 1:06-cv-236

JIM CRAWFORD, RUSS WAYNE,         Hon. Wendell A. Miles
JEAN HEWGLEY, and UNKNOWN CHURCH,

       Defendants.

_____/

## ORDER

Presently before the court is Plaintiff's Motion for Reconsideration (dkt. #51).  The court entered an order on May 16, 2007, affirming the magistrate judge's order denying Plaintiff's motion to compel discovery.  Plaintiff filed a motion for reconsideration, which the court denied on June 8, 2007 (dkt. #50).  Plaintiff now asks the court to reconsider the order entered June 8, claiming it is "devoid of logic and sound reasoning."

Plaintiff first contends that the court's ruling in the May 16 order regarding a certain interrogatory was erroneous.  The issue was not raised in Plaintiff's earlier motion for reconsideration, and accordingly, was not addressed in the June 8 order presently under reconsideration.

Plaintiff next contends that the court erroneously relied on statements made by Defendants' attorney in his sworn affidavit filed on May 07, 2007 (dkt. #41).  The court properly gave full credence to sworn statements which were unrefuted by any competent evidence.

For the foregoing reasons, the court DENIES the Plaintiff's Motion for Reconsideration (dkt. #51).

So ordered this 2nd day of July, 2007.

 /s/ Wendell A. Miles
Wendell A. Miles
Senior U.S. District Judge