UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW MAULE,

       Plaintiff,

File No. 1:06-CV-236

v.

HON. ROBERT HOLMES BELL

JIM CRAWFORD, et al.,

       Defendants.
                                   /

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On July 21, 2010, Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R&R") recommending that Defendant Youngs's motion for summary judgment (Dkt. No. 141) be granted and that Plaintiff Matthew Maule's 42 U.S.C. § 1983 prisoner civil rights complaint be dismissed in its entirety. (Dkt. No. 155.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the July 21, 2010, R&R (Dkt. No. 155) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Youngs's motion for summary judgment (Dkt. No. 141) is **GRANTED**.

Dated: August 17, 2010                              /s/ Robert Holmes Bell
                                                                    ROBERT HOLMES BELL
                                                                    UNITED STATES DISTRICT JUDGE